**No. 11-6238. Stephen Richards Barker, Petitioner v. United States.**

565 U.S. 1151, 132 S. Ct. 1084, 181 L. Ed. 2d 802, 2012 U.S. LEXIS 472.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 987, 132 S. Ct. 519, 181 L. Ed. 2d 365, 2011 U.S. LEXIS 7763.